# United States Court of Appeals
## for the Federal Circuit

**Chambers of**
**Glenn L. Archer, Jr.**
Senior Circuit Judge

717 Madison Place, N.W.
Washington, D.C. 20439
Phone: 202-633-5846

September 15, 2008

Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, NE
Washington, D.C. 20544

Re: Response to August 12, 2008 Letter

Dear Judge Smith:

In response to your letter of August 12, 2008, please find the requested information below.

The asset "Rental Property – Las Vegas" listed at Part VII, page 6, line 50, was purchased on September 30, 2003, for $89,000.

The asset "Baltimore Md Port Bond 1 Dec 10" listed in Part VII, page 7, line 56 in my 2006 report should be inserted after line 56 on the current report as 56a. It was inadvertently left off the 2007 report.

I apologize for the delay in providing the necessary information to review and close my 2007 Report.

Sincerely,

Glenn L. Archer, Jr.
Senior Circuit Judge

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Archer, Jr., Glenn L | Ct. of Appeals Federal Circuit | 06/22/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 <br> to <br> 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 717 Madison Pl.,N.W. <br> Washington, D.C., 20439 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Sec'y-Treas. | Glenmar Farms ( ████ farm) Yellow Springs, W.Va. |
| 2. | Trustee | Sherman Foundation ( Charitable Foundation) Newport Beach, Ca. |
| 3. | Trustee | Trust #2 (See part VII) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2008 JUL 18 A 11: 13 DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. monthly | | Alaska retirement annuity |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Honorary Membership | University Club, Washington,DC | $ 1500 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Archer, Jr., Glenn L | 06/22/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Colchester Corp. com | | None | J | W | | | | | |
| 2. Glenmar Farms Inc. com | | None | L | W | | | | | |
| 3. IRA #1 - E-Trade | A | Int &Div | L | T | | | | | |
| 4. Apple-com | | | | | buy | 1/27 | J | | |
| 5. _Microsoft com | | | | | Partial sale | 4/18 | J | A | |
| 6. _Cisco com | | | | | Partial sale | 4/18 | J | A | |
| 7. - Altria com | | | | | | | | | |
| 8. -Kr aft- Cl A | | | | | Spin-off | 3/16 | | | |
| 9. - Lowes com | | | | | sell | 10/1 | J | A | |
| 10. - Capital One Financial | | | | | sold | 4/26 | J | A | |
| 11. _E-Tradet Money Market Funds | | | | | | | | | |
| 12. IRA #2 - E-Trade | A | Int & Div | L | T | | | | | |
| 13. _Cisco com | | | | | | | | | |
| 14. _Intel com | | | | | | | | | |
| 15. _Mariott com | | | | | | | | | |
| 16. _Microsoft com | | | | | | | | | |
| 17. _Applied Materials com | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 06/22/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Petsmart-com | | | | | buy | 2/28 | J | | |
| 19. _E-Trade Money Market Funds | | | | | | | | | |
| 20. E--Trade - Brokerage Acct | | | | | | | | | |
| 21. _Microsoft com | A | Dividend | J | T | | | | | |
| 22. -ACM Inc Fd | A | Dividend | J | T | | | | | |
| 23. -Am Cent GNMA Fd | A | Interest | J | T | | | | | |
| 24. -Cohen & Steers REIT Fd | A | Dividend | J | T | | | | | |
| 25. Dodge & Cox Inc Fd | A | Dividend | J | T | | | | | |
| 26. -Edison International | A | Dividend | J | T | | | | | |
| 27. -Hawaiian Elec Inds | A | Dividend | J | T | | | | | |
| 28. -Hyperion Tot Rt Fd | A | Dividend | J | T | | | | | |
| 29. -Peyder & Rygel GNMA Fd | A | Dividend | J | T | | | | | |
| 30. -Rite Aid Corp | A | Dividend | J | T | | | | | |
| 31. -Southern Co | A | Dividend | J | T | | | | | |
| 32. -Vanguard GNMA Fd | A | Interest | J | T | | | | | |
| 33. -Wachovia Pref Series A | A | Dividend | J | T | | | | | |
| 34. -US Treas Bond 11/15/21 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 06/22/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. _E-Trade Money Market Funds | C | Interest | M | T | | | | | |
| 36. Trust #1 (JEWL Tr) at E-Trade | D | Int & Div | N | T | | | | | |
| 37. -Alliance Bernstein | | | | | Partial sale | | L | F | See Part VIII |
| 38. _American El Power com | | | | | | | | | |
| 39. _Cisco com | | | | | | | | | |
| 40. _Intel com | | | | | | | | | |
| 41. _Equity One com | | | | | | | | | |
| 42. _Microsoft com | | | | | | | | | |
| 43. _Pfizer com | | | | | sell | | K | D | See Part VIII |
| 44. -Altria | | | | | Buy | 3/1 | J | | |
| 45. -Kraft Cl A | | | | | Spin=off | 3/16 | | | |
| 46. -Goldman Sachs | | | | | Buy | 3/1 | K | | |
| 47. -Halliburton | | | | | Buy | 3/1 | J | | |
| 48. E-Trade Money Market Funds | | | | | | | | | |
| 49. Real Property -Fawnskin, Ca | | None | N | W | | | | | |
| 50. Real Property - Las Vegas, NV | B | Rent | L | R | | | | | |
| 51. Trust #2 -at E-Trade | D | Int & Div | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 06/22/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. E-Trade Money Market Funds | | | | | | | | | |
| 53. _Queen Annes Co Md Scl Bonds 15Jan13 | | | | | | | | | |
| 54. _Md St Comm Dev Bond 1Apr13 | | | | | | | | | |
| 55. _Baltimore Co Pub Imp Bonds 15 Oct15 | | | | | | | | | |
| 56. _Md St Health Bond 15Aug18 | | | | | | | | | |
| 57. _Md St Hlth Easton Bond 1Jul19 | | | | | | | | | |
| 58. _Md St Indl Dev Bond 15Aug20 | | | | | | | | | |
| 59. _St Marys Coll Md Bonds 1Sept20 | | | | | redeemed | 9/4 | J | A | |
| 60. _Balt Co Md Met Bond 1Jun23 | | | | | | | | | |
| 61. _Montgomery Co Md Bonds 15Feb24 | | | | | | | | | |
| 62. _Baltimore Md Rev Bonds 1Jul28d | | | | | | | | | |
| 63. _Md St Hlth Hghr Ed Bonds 1Jul27 | | | | | | | | | |
| 64. _St Marys Coll Md Bonds 1Sept27 | | | | | redeemed | 9/4 | K | A | |
| 65. _Md St Hlth Bonds 15Aug28 | | | | | | | | | |
| 66. _Md St Hlth Hghr Ed Bonds 1Jul29 | | | | | | | | | |
| 67. _Md St Hlth Hef Bonds 1Jan33 | | | | | | | | | |
| 68. _Bank of America com | | | | | sell | 11/27 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 06/22/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  _Constellation Energy com | | | | | partial sell | 11/27 | K | E | |
| 70.  _Dominion Resources com | | | | | sell | 11/27 | L | E | |
| 71.  _FPL Group com | | | | | partial sell | 11/27 | K | C | |
| 72.  _Hospitality Pptys Trust com | | | | | sell | 11/27 | J | A | |
| 73.  _Host Marriott Corp com | | | | | sell | 11/27 | J | C | |
| 74.  _K Mart com | | | | | sell | 1/25 | J | A | |
| 75.  _Mills Corp com | | | | | sell | 5/7 | J | A | |
| 76.  _Mirant Corp com | | | | | sell | 1/25 | J | A | |
| 77.  _McDonalds com | | | | | sell | 11/27 | J | C | |
| 78.  _Scana Corp com | | | | | sell | 11/27 | J | C | |
| 79.  _Verizon com | | | | | sell | 11/27 | J | A | |
| 80.  _Zimmer Holdings com | | | | | sell | 11/27 | J | B | |
| 81.  _Wal-Mart com | | | | | sell | 11/27 | K | D | |
| 82.  _Westar Energy com | | | | | sell | 11/27 | J | A | |
| 83.  Trust #2 cont'd - (Not in E-Trade Acct) | | | | | | | | | |
| 84.  -Real Property Norton Co Ks | D | Rent & Rlty | N | W | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Archer, Jr., Glenn L | 06/22/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

For Part VII ll, 37 and 43, the trade dates are not currently available. They will be furnished when records can be obtained from my residence and sent to me at my ███████ home.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544